UNITED STATES DISTRICT COURT
District of Maine

| CURTIS SIMMONS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 2:11-cr-00063-GZS-2 |
| | ) | 2:13-cv-00293-GZS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 31, 2014 his Recommended Decision (ECF No. 199). Petitioner filed his Objection to the Recommended Decision (ECF No. 200) on April 24, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Petitioner's Motion for habeas relief under 28 U.S.C. § 2255 (ECF No. 184) is **DISMISSED**.

3. It is hereby **ORDERED** that a certificate of appealability is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c).

/s/George Z. Singal
U.S. District Judge

Dated this 14th day of May, 2014.